UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
PEDRO TORRES CASTILLO, *individually
and on behalf of others similarly situated,*

                              *Plaintiff,*

              -against-

STOP N GO CORP (D/B/A STOP N GO),
BHAKTI 61 INC (D/B/A STOP N GO), NEIL
PATEL aka NIRMAL PATEL, and PIRO
PATEL,

                              *Defendants.*
---------------------------------------------------------
X

20-cv-02779

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To: Amy M. Monahan
L'Abbate, Balkan, Colavita & Contini, LLP
1001 Franklin Avenue, 3rd floor
Garden City, NY 11530
516-837-7385
Fax: 516-294-8202
Email: amonahan@lbcclaw.com
*Attorneys for Defendants*

PLEASE TAKE NOTICE that Plaintiff PEDRO TORRES CASTILLO, hereby accepts the offer of judgment made by Defendants STOP N GO CORP (D/B/A STOP N GO), BHAKTI 61 INC (D/B/A STOP N GO), NEIL PATEL aka NIRMAL PATEL, and PIRO PATEL, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated ___1/21/21___. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: January 25, 2021

                                              MICHAEL FAILLACE & ASSOCIATES, P.C.

                         By: _____
                                  Gennadiy Naydenskiy
                                  60 East 42nd Street, Suite 4510
                                  New York, New York 10165
                                  Telephone: (212) 317-1200

Facsimile: (212) 317-1620
*Attorneys for Plaintiff*

2

# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PEDRO TORRES CASTILLO, individually and on
behalf of others similarly situated,

                                  Plaintiff,

-against-

STOP N GO CORP, (D/B/A STOP N GO),
BHAKTI 61 INC (D/B/A STOP N GO), NEIL PATEL
aka NIRMAL PATEL, and PIRO PATEL,

                                  Defendants.
------------------------------------------------------------------X

Case No. 20cv2779

**OFFER OF JUDGMENT**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, defendants Stop N Go CORP (D/B/A Stop N Go), Bhakti 61 Inc (D/B/A Stop N Go), Neil Patel aka Nirmal Patel, and Piro Patel ("Defendants") by their attorneys L'Abbate, Balkan, Colavita & Contini, L.L.P., hereby offer to allow judgment in this action to be taken against them and in favor of plaintiff Pedro Torres Castillo ("Plaintiff"), in the amount of thirty-seven thousand dollars ($37,000.00) inclusive of all reasonable attorneys' fees, costs, and expenses through the date of this offer. The amount paid to plaintiff shall be inclusive of all damages, liquidated damages, and interest as well as all attorneys' fees and costs. If Plaintiff accepts this offer of judgment, no further payment will be due from Defendants with respect to this matter, or any other matter.

      This Offer of Judgment is made for the purposes specified in Rule 68, and is not to be construed as an admission that Defendants are liable in any manner whatsoever in this action, or that Plaintiff has suffered any damage, or that Defendants have in any manner or way violated any of Plaintiff's rights.

      Acceptance of this Offer of Judgment will act to dismiss with prejudice all claims raised by Plaintiff in this action, on behalf of himself and all others similarly situated.

If Plaintiff does not accept this offer, he may become obligated to pay costs and attorneys' fees incurred by Defendants after the making of this offer.

Defendants' Offer of Judgment, if not accepted in writing within fourteen (14) days of service, shall be deemed withdrawn, and evidence of it shall not be admissible, except in a proceeding to determine costs incurred by Defendants after the making of the offer.

DATED: Garden City, New York
January 21, 2021

L'ABBATE, BALKAN, COLAVITA
& CONTINI, L.L.P.

*Amy M. Monahan*

Amy M. Monahan
*Attorneys for Defendants*
1001 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 294-8844
amonahan@lbcclaw.com
File No. 3782-104815

TO: Gennadiy Naydenskiy, Esq.
MICHAEL FAILLACE & ASSOCIATES, P.C.
*Attorneys for Plaintiff*
60 East 42nd Street
New York, New York 10165
(212) 317-1200

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
PEDRO TORRES CASTILLO, *individually and on behalf of others similarly situated,*

                      *Plaintiff*,

     -against-

STOP N GO CORP (D/B/A STOP N GO), BHAKTI 61 INC (D/B/A STOP N GO), NEIL PATEL aka NIRMAL PATEL , and PIRO PATEL ,

                      *Defendants.*
--------------------------------------------------------X

20-cv-02779-

**AFFIDAVIT OF SERVICE**

    GENNADIY NAYDENSKIY, being duly sworn, deposes and says:

    Deponent is not a party to this action and is over the age of eighteen years and resides in the State of New Jersey.

On January 26, 2021, I emailed the Plaintiff's Notice of Acceptance of Offer of Judgment; to Defense counsel Amy M. Monahan, Esq. to:

Amy M. Monahan
L'Abbate, Balkan, Colavita & Contini, LLP
1001 Franklin Avenue
3rd floor
Garden City, NY 11530
516-837-7385
Fax: 516-294-8202
Email: amonahan@lbcclaw.com
*Attorneys for Defendant*s

                              _____s/_____
                              GENNADIY NAYDENSKIY