UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PEDRO TORRES CASTILLO, individually and
on behalf of others similarly situated,　　　　　　　　　　JUDGMENT

　　　　　　　　　　　Plaintiff,　　　　　　　　　　20-cv-02779(EK)(CLP)

　　v.

STOP N GO CORP (D/B/A STOP N GO),
BHAKTI 61 INC (D/B/A STOP N GO),
NEIL PATEL aka NIRMAL PATEL, and
PIRO PATEL,
　　　　　　　　　　　Defendants.
---------------------------------------------------------------X

　　　　A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 26, 2021; and defendants TOP N GO CORP (D/B/A STOP N GO), BHAKTI 61 INC (D/B/A STOP N GO), NEIL PATEL aka NIRMAL PATEL, and PIRO PATEL, having offered plaintiff PEDRO TORRES CASTILLO an offer of judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in the amount of $37,000, (Thirty Seven Thousand Dollars) which is inclusive of attorneys' fees and costs; it is

　　　　ORDERED and ADJUDGED that Judgment is entered in favor of plaintiff PEDRO TORRES CASTILLO and against defendants TOP N GO CORP (D/B/A STOP N GO), BHAKTI 61 INC (D/B/A STOP N GO), NEIL PATEL aka NIRMAL PATEL, and PIRO PATEL, in the amount of $37,000, (Thirty Seven Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: Brooklyn, New York　　　　　　　　　　　　　Douglas C. Palmer
　　　　　January 28, 2021

　　　　　　　　　　　　　　　　　　　　　　　By:　　*/s/Jalitza Poveda*
　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk