UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

PEDRO TORRES CASTILLO, *individually and on*
*behalf of others similarly situated,*

                              Plaintiff,

            -against-

STOP N GO CORP (D/B/A STOP N GO),
BHAKTI 61 INC (D/B/A STOP N GO), NEIL
PATEL aka NIRMAL PATEL, and PIRO PATEL,

                          Defendants.

-------------------------------------------------------- X

**No. 20-cv-02779-EK-CLP**

**SATISFACTION OF JUDGMENT**

        **WHEREAS**, a judgment was entered in the above action on the 28th of January 2021, in favor of Plaintiff PEDRO TORRES CASTILLO (together, "Plaintiff") against Defendants STOP N GO CORP  (D/B/A STOP N GO), BHAKTI 61 INC (D/B/A STOP N GO), NEIL PATEL aka NIRMAL PATEL, and PIRO PATEL, jointly and severally (collectively, "Defendants"), in the amount of $37,000, inclusive of all alleged damages for unpaid wages, liquidated and statutory damages, pre- and post-judgment interest, and attorneys' fees and costs (the "Judgment"); and

        **WHEREAS**, Defendants have paid the judgment in full, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

        **NOW THEREFORE**, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
        March 25, 2021

Michael Faillace & Associates, P.C.

By: _____

Michael Faillace
60 East 42nd Street, Suite 4510
New York, New York 10165
Telephone: (212) 317-1200
Facsimile: (212) 317-1620
*Attorneys for Plaintiffs*

STATE OF NEW YORK          )
                          )          ss.:
COUNTY OF _N/EW York_     )

On the 25th day of March ____, 2021, before me personally came _Michael FAillACe._ to me known and known to be a member of the firm of Michael Faillace & Associates, P.C., attorneys for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

MARIA C BERRIOS
Notary Public - State of New York
NO. 01BE6316899
Qualified in New York County
My Commission Expires Dec 22, 2022

_____
Notary Public